# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **Barbara Clark,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-5038-CV-SW-JTM |
| | ) |
| **Michael Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, July 1, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed January 27, 2011 [Doc. 8]; the *Brief For Defendant*, filed April 8, 2011 [Doc. 11]; and the *Plaintiff's Reply Brief*, filed May 2, 2011 [Doc. 12]. For the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on July 1, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                                               */s/ John T. Maughmer*
                                                               **JOHN T. MAUGHMER**
                                                              **U. S. MAGISTRATE JUDGE**