IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| Barbara Clark, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| V. | )   Case No. 10-5038-CV-SW-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed September 28, 2011 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed September 28, 2011 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded attorney fees under the EAJA in the amount of $5,495.40.

                                                    */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**